No. 11–0303/MC.  U.S. v. Thomas R. Lirley.  CCA 201000502.  Review granted on the following issue:

> A SPECIFICATION STATES AN OFFENSE ONLY IF IT ALLEGES EITHER EXPRESSLY OR BY IMPLICATION, EVERY ELEMENT OF THE OFFENSE.  THE "TERMINAL ELEMENT" OF ARTICLE 134, UCMJ, IS AN ELEMENT OF THE OFFENSE THAT MUST BE PROVED BEYOND A REASONABLE DOUBT.  SPECIFICATIONS 1, 2, AND 3 OF THE CHARGE DO NOT ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.  DO THE SPECIFICATIONS FAIL TO STATE AN OFFENSE?

No briefs will be filed under Rule 25.

No. 11–0610/AR.  U.S. v. Marcus Melchor.  CCA 20100272.  Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM THE SPECIFICATION OF CHARGE III CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.  IS THE CHARGE FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.